UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIK JAMES SWANSON,

    Defendant.
_____/

Hon. Jane M. Beckering

Case No. 1:21-cr-00163

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on May 4, 2022, after receiving the written consent of defendant and all counsel. There is no written plea agreement. The plea agreement is oral. The Government agrees to ask for the third level reduction if defendant is eligible, in exchange for the defendant's plea to the Indictment. At the hearing, defendant Erik Jameson Swanson entered a plea of guilty to the Indictment. In the Indictment, defendant is charged with failure to register, in violation of 18 U.S.C. § 2250(a) and 34 U.S.C. § 20913.

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in

the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: May 4, 2022                             /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after service of this report and recommendation. See W.D. MICH. L.CR.R. 11.1(d).